**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6274**

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

v.

SHIRLEY INGRAM, a/k/a Raheem,

> Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:10-cr-00069-FDW-1)

Submitted:  May 30, 2024                                    Decided:  June 4, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shirley Ingram, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley Ingram appeals the district court's order denying his motion for compassionate release and supplemental motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A). The district court concluded that Ingram failed to demonstrate extraordinary and compelling reasons for relief and that the relevant 18 U.S.C. § 3553(a) factors independently weighed against his early release. We have reviewed the record and Ingram's arguments on appeal and conclude that the district court did not abuse its discretion in denying Ingram's motions. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard). Accordingly, we affirm the district court's judgment. *United States v. Ingram*, No. 3:10-cr-00069-FDW-1 (W.D.N.C. Mar. 11, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*